# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WILLIE B. MASON, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 5:23-cv-1758-AMM-JHE |
| ) | |
| **MADISON COUNTY SHERIFF'S** ) | |
| **DEPARTMENT,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

Plaintiff Willie B. Mason, Jr. filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. Doc. 1. On April 25, 2025, the magistrate judge entered a report recommending the plaintiff's claims against the defendants in their official capacities for monetary relief be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from a defendant who is immune from such relief. Doc. 10. The magistrate judge further recommended the plaintiff's remaining claims be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing state a claim upon which relief may be granted. *Id.* Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation.

Consistent with that recommendation, the plaintiff's claims against the defendants in their official capacities for monetary relief are due to be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from a defendant who is immune from such relief. Additionally, the plaintiff's remaining claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted.

    A Final Judgment will be entered.

    **DONE** and **ORDERED** this 4th day of June, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE